```
ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
CIGNA CORPORATION GROUP LONG
TERM DISABILITY PLAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY KITKA, <br><br> Plaintiff, <br><br> v. <br><br> CIGNA CORPORATION GROUP LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No.:   CV10-01551 EDL <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER THEREON** <br><br> Courtroom   :       E <br> Honorable Elizabeth D. Laporte <br><br> Action Filed  :       April 12, 2010 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between plaintiff Hilary Kitka ("Plaintiff") and CIGNA Corporation Group Long Term Disability Plan, (referred hereinafter as "Defendant"), through their attorneys of record, as follows:

1. Defendant CIGNA Corporation Group Long Term Disability Plan was served with the Summons and Complaint on or about April 30, 2010, and CIGNA Corporation Group Long Term Disability Plan's response to the Complaint currently is due on or before May 21, 2010;

2. Plaintiff and Defendant have agreed that defendant CIGNA Corporation Group Long Term Disability Plan may have an extension to and including June 20, 2010 to answer or otherwise respond to the Complaint; and

3. This extension of time to respond to the Complaint does not exceed thirty (30) days, and no previous stipulation to extend the time to answer or otherwise respond to the Complaint has been filed in this action.

Date: May 21, 2010        WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP

By:   */s/ Adrienne C. Publicover*
         ADRIENNE C. PUBLICOVER
         Attorneys for Defendant
         CIGNA CORPORATION GROUP LONG
         TERM DISABILITY PLAN

Date: May 20, 2010        ERISA LAW GROUP

By:   */s/ Thornton Davidson*
         THORNTON DAVIDSON
         Attorney for Plaintiff
         HILARY KITKA

**ORDER**

**IT IS SO ORDERED.**

Date: May 24, 2010        By: *Elizabeth D. Laporte*
                                         HONORABLE ELIZABETH D. LAPORTE
                                         UNITED STATES MAGISTRATE JUDGE